IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NA'EEM OMARI                                                                                    PLAINTIFF

Vs.                              CASE NO.   3:08cv00075 JMM

POSTAL SERVICE                                                                              DEFENDANT

## ORDER

In the Initial Scheduling Order entered February 18, 2009  (DE #22), the parties were directed to file a Rule 26(f) Report no later than April 3, 2009.[1]

The parties are directed to file the Rule 26(f) Report no later than May 22, 2009.[2]

IT IS SO ORDERED this 6th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Counsel for Plaintiff indicated by letter to the Court that he wished to withdraw as counsel, however, no motion to withdraw has been filed.

[2] The parties should consult Federal Rules of Civil Procedure 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report.