**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**NA'EEM OMARI**                                                                                      **PLAINTIFF**

**VS.**                                            **3:08CV00075JMM**

**JOHN E. POTTER,**                                                                                  **DEFENDANT**
**POSTMASTER GENERAL**

<u>**JUDGMENT**</u>

Pursuant to the Order entered this date, Judgment is entered in favor of Defendant,

Plaintiff's complaint is hereby dismissed.

IT IS SO ORDERED this 21st day of September, 2009.


_____
James M. Moody
United States District Court